UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YADIRA STEFANIA HERRERA WILSON,

*Plaintiff*,

-*vs*-

HAMILTON PRESCRIPTIONS INC., and ADOLFO J.
MEREGILDO,

*Defendants*.

Civil Action No.: 1:26-cv-05325

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendants Hamilton Prescriptions Inc. ("Hamilton") and Adolfo J. Meregildo (collectively "Defendants"), by and through undersigned counsel, Barclay Damon LLP (Ross M. Greenky, Esq.), removes to the United States District Court for the Southern District of New York the state court action described below.

1.      On April 24, 2026, Plaintiff Yadira Stefania Herrera Wilson ("Plaintiff") commenced this action in the Supreme Court of the State of New York, County of New York, bearing Index No. 155286/2026 ("State Action").

2.      Plaintiff commenced the State Action with the filing of a Summons with Notice.  A copy of the Summons with Notice is attached as Exhibit "A."

3.      Plaintiff served the Summons with Notice upon Defendant Hamilton on April 29, 2026.

3.      Plaintiff served the Summons with Notice upon Defendant Adolfo J. Meregildo under Rule 308(2) of the New York Civil Practice Law and Rules ("CPLR"), and mailed the Summons with Notice on May 21, 2026.

4.      Plaintiff filed proof of service on Defendant Adolfo J. Meregildo on June 1, 2026.

50958029.1

5.      Therefore, under Rule 308(2) of the CPLR, service was complete on Defendant Adolfo J. Meregildo on June 11, 2026.

6.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been filed within thirty (30) days after service was complete on Defendant Adolfo J. Meregildo.

7.      In her Summons with Notice, among other claims, Plaintiff asserts a claim under Title VII of the Civil Rights Act of 1964, as amended by the Pregnancy Discrimination Act of 1978, 42 U.S.C. § 2000, et seq. ("Title VII") and the Pregnant Workers Fairness Act ("PWFA"). *See* Exhibit "A."

8.      Removal of the State Action is proper under 28 U.S.C. §§ 1331 and 1441 in that the action arises under the Constitution and laws of the United States because Plaintiff alleges violations of Title VII and the PWFA.

9.      Specifically, Plaintiff presents federal questions for determination as to whether Defendants discriminated against her in violation of Title VII and the PWFA.

10.     Accordingly, this action is a civil action over which the U.S. District Court for the Southern District of New York has original jurisdiction pursuant to 29 U.S.C. § 1331 and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441 in that it arises under Title VII and the PWFA.

11.     The State Action is currently pending in the Supreme Court of the State of New York, County of New York, which is within the jurisdiction of the U.S. District Court for the Southern District of New York.

12.     All Defendants, including Defendant Hamilton, consent to removal of the State Action.

2

50958029.1

13. Therefore, removal of the State Action to this Court is proper under 28 U.S.C. §§ 1441 and 1446 as the Court is the federal jurisdiction within which the State Action is pending.

14. In accordance with 28 U.S.C. § 1446(a), all process, pleadings, and orders filed and/or served in the State Action are attached as Exhibits "A."

15. Defendants submit a completed civil cover sheet on the requisite form (JS-44).

16. A true copy of this Notice will be promptly filed with the Clerk of the Supreme Court of the State of New York, County of New York, and served on all interested parties as required by 28 U.S.C. §1446(d).

17. Defendants remove the State Action to this Court without waiver of any defenses, procedural or substantive, that may be available with respect to the matters alleged in the Summons with Notice.

**WHEREFORE**, Defendants respectfully pray for this Court to accept the removal of this action from the State Court and grant to Defendants such other and further relief as the Court deems fair and proper.

**DATED:**     June 24, 2026          **BARCLAY DAMON LLP**

By:   _/s/ Ross M. Greenky_
      Ross M. Greenky

      *Attorneys for Defendants*
      Barclay Damon Tower
      125 East Jefferson Street
      Syracuse, New York  13202
      Telephone: (315) 425-2702
      rgreenky@barclaydamon.com

3

50958029.1